# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5130

_____

DARYL WADE MAYATTE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


April 2, 2019


PER CURIAM.

The petition for belated appeal is denied on the merits.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Daryl Wade Mayatte, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.